# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DUSTIN B. MULLINGS, <br>       and <br><br> (2) CARLA HIPPLE MULLINGS, <br>          PLAINTIFFS <br><br> V. <br><br> (3) A.G. EQUIPMENT CO., <br>          DEFENDANT            . | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:15-CV-00208 JED-TLW <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and the Defendant, by and through their counsel, and pursuant to **FED.** R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above captioned and numbered action. Each party is to bear their own attorney fees and costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ Tim Gilpin | /s/ William C. Searcy |
| Tim Gilpin, OBA #11844 <br> 1874 South Boulder <br> Tulsa, OK 74119 <br> Telephone:  (918) 58308900 <br> Facsimile:  (918) 796-5724 <br> timgilpin@gilpinlaw.net <br> **ATTORNEY FOR PLAINTIFFS** | Kenneth E. Crump, Jr., OBA #11803 <br> William C. Searcy, OBA #17938 <br> **BARBER & BARTZ** <br> 525 S. Main, Suite 800 <br> Tulsa, Oklahoma 74103 <br> Telephone: (918) 599-7755 <br> Facsimile: (918) 599-7756 <br> **ATTORNEYS FOR DEFENDANT A.G. EQUIPMENT CO.** |

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on February 29, 2016 a copy of the above and foregoing was filed electronically with the Clerk of the Court using the ECF System for filing, and a Notice of Electronic Filing was issued by the Court to the following ECF registrants:

Kenneth E. Crump, Jr., OBA #11803
William C. Searcy, OBA #17938
525 S. Main Street, Suite 800
Tulsa, OK  74103-4511
Telephone:  (918) 599-7755
Facsimile:  (918) 599-7756
E-mail: kcrump@barberbartz.com
       wsearcy@barberbartz.com
**ATTORNEYS FOR DEFENDANT A.G. EQUIPMENT,**

    /s/Tim Gilpin
    Tim Gilpin, OBA #11844